UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:23-cr-97-CLC-SKL-1 |
| v. | ) |
| JOSE FRANCISCO OCEGUERA | ) |

## O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea as to Count One, Count Two, Count Three, and Count Four of the four-count Indictment; (2) accept Defendant's plea of guilty as to Count One, Count Two, Count Three, and Count Four of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count One, Count Two, Count Three, and Count Four of the Indictment; (4) defer a decision on whether to accept the plea agreement (Doc. 24) until sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter. (Doc. 31.) Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 31) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not-guilty plea to Count One, Count Two, Count Three, and Count Four of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Count One, Count Two, Count Three, and Count Four of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One, Count Two, Count Three, and Count Four of the Indictment;

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **December 18, 2024 at 2:00 p.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**